# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 168 DB 2022 (No. 8 RST 2023) |
| | : | |
| RASHEENA ANN REID | : | Attorney Registration No. 91735 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Out of State) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2023, the Report and Recommendation of Disciplinary Board Member dated January 31, 2023, is approved and it is ORDERED that RASHEENA ANN REID, who has been on Retired Status, has demonstrated that she has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.